Case 1:20-cv-04751-AJN   Document 21   Filed 07/02/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Clinical Psychassociates Group, LLC,

                Plaintiff,

–v–

Alex M. Azar II,

                Defendant.

20-cv-4751 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the fact that the Court has extended the deadline for the Government to respond to Plaintiff's complaint to August 21, 2020, *see* Dkt. No. 19, the initial pretrial conference presently scheduled for July 24, 2020 is hereby adjourned to August 28, 2020, at 3 p.m.

    SO ORDERED.

Dated: July 2, 2020
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge